BENJAMIN FREEDMAN, PLAINTIFF, v. BENJAMIN WEISS-MAN, TRADING AS WEISSMAN FURNITURE COMPANY.

Submitted November 5, 1925—Decided April 29, 1926.

**Negligence—Motor Vehicle Accident—Question Whether Defendant's Servant was at Time of Accident Attending to Master's Business—Verdict Against Weight of Evidence.**

On rule to show cause.

Before GUMMERE, CHIEF JUSTICE, and Justices KALISCH and CAMPBELL.

For the rule, *William E. Holmwood.*

*Contra, Louis Josephson.*

PER CURIAM.

Plaintiff having a verdict for $3,800 the defendant has this rule seeking to set it aside, because it is against the weight of the evidence, and is excessive.

Our consideration of the proofs causes us to conclude that the verdict is against the weight of the evidence upon the question as to whether or not defendant's servant who was operating the motor car, causing the damage and injury, was at the time of the happening about his master's business and acting within the scope of his employment.

The rule to show cause is therefore made absolute and a *venire de novo* awarded.